ISAAC J. DUNN *vs.* CHARLES P. HILL.

Nul tiel record *is the proper plea to a domestic judgment.*

*Nil debet,* pleaded to a domestic judgment, is demurrable. The proper plea is *nul tiel record.*

ON EXCEPTIONS from the superior court.

DEBT on a judgment of the superior court, to which the defendant pleaded that he did not owe, and filed a brief statement of payment and fraud. The plaintiff demurred to the plea. The de-

murrer was joined and sustained, and the plea adjudged bad; to which the defendant excepted.

*M. P. Frank*, for the defendant.

*T. T. Snow*, for the plaintiff.

APPLETON, C. J.   This is debt on a judgment recovered before the superior court for the county of Cumberland, to which the defendant has pleaded *nil debet*.   To this plea a demurrer has been filed.

It is well settled when the action is grounded on a record or specialty that *nil debet* is no plea.   This rule is the result of the authorities.   *Bullis* v. *Giddens*, 8 Johns., 82.   The proper plea is *nul tiel record*, when the judgment upon which the action is brought was recovered before a court of record of this State.

*Exceptions overruled.*

WALTON, DICKERSON, BARROWS, VIRGIN and PETERS, JJ., concurred.